RECEIVED

OCT 2 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | |
|---|---|
| LARRY CROCKETT | CIVIL ACTION NO. 07-1296-LC |
| VS. | SECTION P |
| WARDEN TERRELL | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) and § 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this **22** day of _____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE